UNITED STATES BANKRUPTCY APPELLATE PANEL
FOR THE FIRST CIRCUIT

| | |
|---|---|
| In re: | BAP Nos.: MW 26-023, MW 26-024, and MW 26-025; |
| BRADLEY R. NELSON | |
| Debtor. | Case No.: 25-41295 – EDK |

**NOTICE OF APPEARANCE**

Pursuant to 1st Cir. BAP L.R. 9010-1(a), please note the appearance of Christopher J. Valente of K&L Gates LLP, 1 Congress Street, Suite 2900, Boston, MA 02114, on behalf of appellee K&L Gates LLP.

Respectfully submitted,

K&L Gates LLP

by its counsel,

*/s/ Christopher J. Valente*

Christopher J. Valente (BBO# 676136)
christopher.valente@klgates.com
K&L Gates LLP
1 Congress Street, Suite 2900
Boston, MA 02114
Tel: 617.261.3100
Fax: 617.261.3175

Date: November 16, 2026

UNITED STATES BANKRUPTCY APPELLATE PANEL
FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| In re: | ) | BAP Nos.: MW 26-023, MW 26-024, and MW 26-025; |
| BRADLEY R. NELSON | ) | |
| Debtor. | ) | Case No.: 4:25 bk 41295 – EDK |

CERTIFICATE OF SERVICE

The undersigned certifies that on this date, November 16, 2026, the foregoing document was electronically filed using the CM/ECF System and it will be sent electronically to the registered participants. Additionally, I served this document upon the parties listed below by email and first-class mail, postage prepaid:

Bradley R. Nelson
123 Central Avenue
Ayer, MA 01432
Nelsonwoodworking123@gmail.com

*/s/ Christopher J. Valente*
Christopher J. Valente (BBO# 676136)